# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MATTHEW FOGG,**

           Plaintiff,

           v.

**PAMELA BONDI**,
Attorney General,

           Defendant.

Case No. 24-cv-0792 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [12] Plaintiff's Motion for Preliminary Injunction is **DENIED**; it is further

**ORDERED** that [8] Defendant's motion for a stay is **GRANTED**; it is further

**ORDERED** that [16] Clarence Brown's Motion to Intervene is **DENIED**; it is further

**ORDERED** that the parties shall notify the Court within thirty days of any final approval of the settlement agreement in Hedgepeth v. Garland, EEOC Case No. 570-2016-00501X.

**SO ORDERED**.

 

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:   July 1, 2025